UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23-cr-41 (TSC) |
| | ) | |
| VICTOR SIMMS | ) | |
| | ) | |

### EMERGENCY MOTION FOR STATUS CONFERENCE TO PERMIT VIDEO CALL GOODBYE

Victor Simms, through counsel, respectfully asks the Court to schedule a status conference for Monday, February 3, 2025, at 9:30 a.m. to allow counsel for Mr. Simms to set up a video call where he may communicate with his family and say goodbye to his father virtually. Other Judges in this district have permitted video calls for clients to virtually attend a funeral from the courtroom, which is comparable to the request here. *See, e.g., United States v. Martin*, No. 24-cr-118, 10/18/23 Minute Entry (granting permission to view services remotely from the courtroom).[1] The Court and government counsel would not need to attend but would just need to permit use of the courtroom for Mr. Simms to conduct a video call with his family to say goodbye to his father. For all the reasons stated in Mr. Simms's emergency motion for temporary release and stated here, Mr. Simms asks the Court to set a status conference for February 3, 2025, and issue a come up from the D.C. Correctional Treatment Facility to permit Mr. Simms to engage in a video call to say goodbye to his father.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Eugene Ohm

---

[1] Judge Amy Berman Jackson granted a similar motion in a sealed case.

1

Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500